## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID E. COOKE, | : | No. 14 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the Dauphin |
| | : | County Court of Common Pleas, Civil |
| v. | : | Division, at No. 2014-CV-2947 dated |
| | : | January 15, 2019 |
| THOMAS D. COOKE, JR., EVELYN | : | |
| COOKE, LAWRENCE COOKE, AND | : | |
| PATRICK COOKE, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2019, this Appeal is hereby transferred to the Superior Court. The Petition for Stay and Reassignment is denied.